1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10  NATIONAL INTERSTATE INSURANCE
COMPANY,

11
                        Plaintiff,

12
        v.

13
MIKE TAMANA FREIGHT LINES, LLC, et

14  al.,

15                      Defendants.

16

Case No.  1: 20-cv-01829-DAD-SAB

ORDER VACATING ALL MATTERS AND
REQUIRING PARTIES TO FILE
DISPOSITIONAL DOCUMENTS

(ECF No. 20)

APRIL 7, 2022 DEADLINE

17      This action was filed on December 29, 2020.  (ECF No. 1.)  On March 17, 2022, the

18  parties filed a notice of settlement.  (ECF No. 20.)  Pursuant to Local Rule, the Court is required

19  to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good

20  cause shown to extend such time.  L.R. 160(b).  The parties have not requested a deadline past

21  the 21-day period.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1

1     Accordingly, it is HEREBY ORDERED that:

2     1.    All pending matters and dates are VACATED; and

3     2.    The parties shall file dispositional documents on or before April 7, 2022.

4

5 IT IS SO ORDERED.

6 Dated:   **March 18, 2022**

                                    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28