# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL INTERSTATE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MIKE TAMANA FREIGHT LINES, LLC, et al.,<br><br>　　　　　　Defendants. | Case No. 1:20-cv-01829-DAD-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF Nos. 22, 23)<br><br>**DEADLINE: MAY 6, 2022** |

　　　　On March 17, 2022, the parties submitted a notice of settlement. (ECF No. 20.) On March 18, 2022, the Court issued an order vacating all matters and requiring the parties to file dispositional documents by April 7, 2022. (ECF No. 21.) As of April 7, 2022, the parties had not filed anything. Accordingly, on April 11, 2022, the Court issued an order to show cause why monetary sanctions should not issue for the failure to comply with the Court's orders. (ECF No. 22.)

　　　　On April 14, 2022, the parties submitted a joint response to the Court's order to show cause. (ECF No. 23.) The parties proffer it took longer than initially expected to finalize the definitive settlement agreement in this case, with certain terms subject to additional discussions between the parties, and that the settlement agreement was finalized on April 13, 2022.

Concurrent with their response, the parties additionally request a continuance of the dispositional document deadline to May 6, 2022.  The parties do not explain their failure to seek a continuance of the filing deadline with the Court as soon as it was apparent that additional time was required to finalize the settlement agreement.  Nonetheless, the Court is satisfied that the parties sufficiently responded to its order to show cause and shall discharge the order to show cause.  Further, the Court finds good cause exists to grant the jointly requested extension.  However, the parties are cautioned that the Court is not inclined to grant any further extensions of this deadline absent a strong showing of good cause.

Accordingly, IS IT HEREBY ORDERED that the April 11, 2022 order to show cause (ECF No. 22) is DISCHARGED.  Furthermore, the parties are ORDERED to file dispositional documents **no later than May 6, 2022**.  Failure to comply with this order will result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **April 15, 2022**                                         _____
UNITED STATES MAGISTRATE JUDGE